FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 DEC -2  P 2: 24

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kyle Desmarais                                 )
[Enter above the full name of                  )
the plaintiff in this action]                  )
                                               )
v.                                             )      Docket no.
                                               )
York County Jail                               )
_____                )
                                               )
_____                )
[Enter above the full name of                  )
the defendant(s) in this action]               )

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court dealing with the
            same facts involved in this action or otherwise relating to your
            imprisonment?    Yes [  ]    No [✓]

      B.    If your answer to "A" is yes, describe the lawsuit in the space below.
            [If there is more than one lawsuit, describe the additional lawsuits on
            another piece of paper, using the same outline]

            1. Parties to this previous lawsuit

                  Plaintiff(s)    _____

                  Defendant(s)    _____
                                  _____

            2. Court [If federal court, name the district; if state court, name the county]
                                  _____

            3. Docket number      _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement Cumberland County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [✓]

C. If your answer is "Yes"

1. What steps did you take? York County Jail grievance policy and procedure is not applicable to this matter. Please see attached report.

2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Kyle Desmarais

Address 50 County Way, Portland, ME 04102

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant William L. King, Jr

Position York County Sheriff

Address 1 Layman Way, Alfred, Maine 04002

C. Additional Defendant(s) C/O Kenneth Hamilton, C/O Kurt Martin, C/O Peter Cates, C/O Gerald Therrien, C/O Adam Rawding, C/O Ben Aubut, C/O Eric Daignault, C/O John Champlin, and Michael Vitiello Correctional Health Partners, LLC and its Staff

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Please see attached incident report.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I wish to bring the York County Jail to court for grossly violating my civil rights. Furthermore, I am seeking financial compensation for violating my civil rights and damages sustained as a result.

Signature of Plaintiff

Signed this 1 day of December, 2021

I declare under penalty of perjury that the foregoing is true and correct.

12/1/2021
Date

Signature of Plaintiff