# AFFIDAVIT FOR PROBABLE CAUSE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 DEC -2 P 2:24

DEPUTY CLERK

I, Kyle Desmarais, in my capacity as a citizen of the United States, do hereby swear and affirm, from my own personal knowledge, information and belief, that the attached report constitutes my basis for probable cause for filing a civil action lawsuit against The York County Jail and its Affiliates and herein incorporate said report.

October 3, 2021

Truly,

Kyle Des~

Kyle Desmarais



I, Kyle Desmarais, D.O.B. 9/9/81 was processed into the York County Jail on 6/5/20 at approx 4pm. After completing their quarantine procedures I was transferred to general population (B3) on 6/15/20.

The following incident took place on 6/15/20 at the York County Jail in B3 general pop. on or around 7pm.

I was involved in a physical altercation with one inmate and ended up on the ground being kicked by multiple inmates. We were all sprayed with O.C. spray and cuffed and taken to C1 (max security). The other inmates were given decontamination showers to wash the mace off. I passed out without asking for a decontamination shower, but I shouldn't have had to ask because its the jails procedure to have the inmate shower regardless.

I woke up on the floor of my cell and found that I had defecated in my bunk. I cleaned myself up as best I could and changed my boxer shorts. I went to my door and the clock looked like it was 12:10 AM or 2:00 AM. It was at an angle so it was hard to see. I started banging



on my door to get the C.O.'s attention. He came to my door. I said "You have to get the nurse. I defecated in my bunk while I was passed out and there is pain in my abdomen and I think my rib is broken." He said to me "Shut the fuck up and get on your bunk." I said "Are you serious? You're not going to call medical?" He said "Nope." I then said "I'm going to lay here at my door and bang on it until you get a nurse." He told me "Go ahead." So I did for what seemed like a half hour when he called me on the intercom and said "Desmarais, quit fucking around, she'll be here when she gets here." At this time I passed out on the floor with my head against the door.

I woke to someone kicking the door opposite my head. The same C.O. said "Get on your bunk." I told him "I can't, it hurts too much." He told me "She's not coming in unless you are on your bunk." So I forced myself over and onto my bunk. She came in. I told her "I'm sorry, I defecated on my bunk

③

while I was passed out. There is something wrong in my abdomen." She handed me a clonodine pill and said "Here, you're having a panic attack." No vitals checked, no other medical aid. She starts walking out and I say "Hey, what about my sheets, my clothes, my blankets? This cell is now a biohazard?" They closed the door without answering me. I found out later that this was around 5:30 AM. I passed out again. Shift change came and went, without anyone coming to my cell and checking on me, offering me clean sheets, clothes, shower, new cell. I was left in a biohazard cell and they must've put my breakfast tray on the door slot and took it back untouched.

I started coming back to conciousness feeling my head being moved around and a female voice saying "That's four blasts of Narcan, I think he's coming out of it." Then a male voice I recognized as C.O. Rowding says "You call that coming out of it?

Get the stretcher." I tried to speak to him but I wasn't making sense. He told me "Kyle, I'm going to help you get dressed and down the stairs, onto the stretcher." Because I'm not totally unaware of the feces still on the floor I tried to grab toilet paper and throw it into the toilet but Rowding told me to "leave it." I found out later that it was around 9am and the only reason C.O. Rowding was sent to my cell was because my lawyer came to talk to me about bail. Otherwise I wouldn't have been woken up and would've still been left there with nobody checking on my medical situation. I was fortunate it was Rowding and not some other C.O. who would've left me in there and told my lawyer that I was "sleeping" and didn't want to wake up so reschedule the visit.

I'm taken by ambulance to Goodall Hospital in Sanford. The Doctor checks my vitals and presses on my abdomen which causes me to scream in pain. I hear them discuss "Helicopter or Bus?"



She comes back and tells me "You are going to Maine Med in Portland. We can't wait for the helicopter so you will do 90 in the ambulance." C.O.'s Lanoi and Maurice came with me to Maine Med. I was rushed from the ambulance to the O.R. and was told to "Count backwards from 10." I got to 7 and thats it.

I woke up in the I.C.U. to a nurse named Julia telling me to "sit back and do not try to sit up." After a few minutes of being awake she tells me "Kyle, your spleen was punctured and was causing internal bleeding. It had to be removed. You have an incision running down your abdomen that has 20 staples in it. The surgeon will be by shortly." While waiting for the surgeon to come, C.O.'s Lanoi and Maurice told me that they watched through the window and said "They took your guts out and set them on your lap. Wow." So the surgeon comes and tells me that the surgery began at 11am. An hour more and I probably would've died from internal bleeding. "We removed 2 litres of blood from my abdomen. Why did the jail wait so long?" I said "I tried."

I'm still in ankle shackles, still have 2 C.O.'s there because I'm max security. The next day 2 more C.O.'s come and one of them is the C.O. who told me to, "Shut the fuck up and go back to sleep." The machines monitoring me start to beep and skyrocket. Julia asks me "Kyle, whats wrong?" I said "This scumbag right here, I was begging him for medical help, do you know what he said to me, Julia?" I told him "Tell her what you said." He just stands there. So I said, "He's shy Julia. I'll tell you. Shut the fuck up and go back to sleep." She immediately told him "You cannot be in here. He is in danger of a stroke. His spleen is gone. That means he has to remain calm. Do you hear those machines?" He says "He's max security, has to have 2 C.O.'s in eyesight." She says "He's shackled, hooked to narcotics distributor, saline, antibiotics for blood poisoning, he's not going anywhere. Get out." He just stands there. She asks him his name, he doesn't reply. She tells me "Kyle, I'm going to get you Ativan and I'm

going to tell my boss. Try to stay calm." She came back and said "My boss wants you to leave this I.C.U. room." He says "He's maxed out, I can't." She turns to me and says "Kyle, I want you to know that if this whole ordeal ends up in court for a lawsuit or anything like that, you can count on me to testify to that, I watched York County Jail C.O.'s have total disregard for your life while you were in our care in the I.C.U."

We didn't find out his name until the next 2 C.O.'s came to relieve them. C.O. Kenneth Hamilton.

Name and Address of Any Governmental Employee Involved Presently Known:

William L. King, Jr., York County Sheriff c/o York County Sheriff's Office
1 Layman Way, Alfred, ME 04002

Michael Vitiello, c/o York County Sheriff's Office, 1 Layman Way, Alfred, ME 04002

Correctional Health Partners, LLC, Nursing Staff, c/o York County Jail 1 Layman Way, Alfred, ME 04002

York County Jail Staff responsible for supervising and training correctional Officers c/o York County Jail, 1 Layman Way, Alfred, ME 04002

York County Jail Staff, including, but not limited to, the following individual:

Kenneth Hamilton, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Kurt A. Martin, c/o York County Jail, 1 Layman Way, Alfred, ME 04002
Peter Cates, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Gerald J. Therrien, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Adam Rowding, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Benjamin A. Aubut, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Eric D. Daignault, c/o York County Jail 1 Layman Way, Alfred, ME 04002
Jonathan Champlin, c/o York County Jail 1 Layman Way, Alfred, ME 04002

⑨

Concise Statement of Nature and Extent of the Injury Claimed to have Been Suffered.

I have suffered a prolonged course of pain, extended hospital stay, and permanent injury, including scarring, removal of my spleen, which couldve been avoided had I received prompt medical attention, post traumatic stress disorder and anxiety.

Statement of Monetary Damages Claimed

My damages are estimated to be a minimum of $15,000,000

10/03/21

*Kyle Des—* (signature)

Kyle Joel Desmarais
Cumberland County Jail



# Owen Pickus, D.O., Esq. & Associates

Attorneys at Law

Lafayette Center, 2 Storer Street, Ste. 200-A, Kennebunk, ME 04043
Tel: 207-467-9146/Fax: 207-467-8289

July 1, 2020

William L. King, Jr., Sherriff
York County Jail
1 Layman Way
Alfred, Maine 04002

    **RE:**    **Our client:**    **Kyle Desmarais**
              **Date of Birth:**  **September 9, 1981**

Dear Sheriff King:

Please be advised that we represent Kyle Desmarais relative to injuries that he sustained at the York County Jail on or about June 15, 2020. Please accept this as a formal request that York County Jail preserve and not alter or destroy any evidence in its possession relating to this incident. This request to preserve includes, but is not limited to, recordings and surveillance footage of Mr. Desmarais in the jail during the relevant time, photographs, emails, notes, written documents, incident reports, and other electronically stored information relating to Mr. Desmarais and/or this incident.

Thank you for your time and attention to this matter. Please contact our office should you have any questions or concerns.

Sincerely,

Amber L. Tucker

/at

**Owen B. Pickus, D.O. Esq.**
owenpickus@owenpickuslaw.com

**Amber L. Tucker, Esq.,** *Of Counsel*
atucker@owenpickuslaw.com

owenpickuslaw.com



# Owen Pickus, D.O., Esq. & Associates

_____Attorneys at Law

Lafayette Center, 2 Storer Street, Ste. 200-A, Kennebunk, ME 04043
Tel: 207-467-9146/Fax: 207-467-8289

July 1, 2020

William L. King, Jr., Sherriff
York County Jail
1 Layman Way
Alfred, Maine 04002

    Re:    **Freedom of Access Act Request**

Dear Sheriff King:

Please accept this as a request for public records, pursuant to Maine's Freedom of Access Act, as provided for in 1 M.R.S. § 408-A.

Specifically, please provide me with a copy of the contract presently in effect between York County/York County Jail and the current medical service provider(s) for the jail. If your agency does not maintain these public records, please advise us as to who does and include the proper custodian's name and address.

Should you require any prepayment for this request, please let me know. If you have any questions regarding this request, please do not hesitate to contact me.

I look forward to hearing from you.

Sincerely,

Amber L. Tucker

/at

cc:    Gregory T. Zinser, County Manager for York County

**Owen B. Pickus, D.O. Esq.**
owenpickus@owenpickuslaw.com

**Amber L. Tucker, Esq.,** *Of Counsel*
atucker@owenpickuslaw.com

**owenpickuslaw.com**