Clerk of Courts
United States District Court
156 Federal Street
Portland, Maine 04101

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 DEC -2 P 2: 21

_____
DEPUTY CLERK

RE: Lawsuit Affidavit
ENC: Freedom of Access Act

Kyle Desmarais
Cumberland County Jail
50 County Way
Portland, Maine 04102

December 1, 2021

Clerk of Courts,

    Please find enclosed for filing a lawsuit against the York County Jail and its affiliates along with a sworn Affidavit For Probable Cause.

    Furthermore, please be advised that Owen Pickus, Esq. and his associates will no longer be representing me in my case against the York County Jail and its affiliates but instead will be representing myself in the coming proceedings.

    Thank you for your time and

dedication to this matter. I am in hopes to hear back from your office in the near future. Should you have any questions or concerns please do not hesitate to contact me.

Truly,

*Kyle Desmarais*

Kyle Desmarais
Cumberland County Jail