Kyle
Cumberland County Jail
50 County Way
Portland, Maine 04102

LEGAL

Clerk of Courts
United States District Court
156 Federal Street
Portland, Maine 04101



