OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**



| Edward T. Gignoux U.S. Courthouse | Margaret Chase Smith Federal Building and U.S. Courthouse |
| --- | --- |
| 156 Federal Street | 202 Harlow Street |
| Portland, Maine 04101 | Bangor, Maine 04401 |
| (207) 780-3356 | (207) 945-0575 |

January 6, 2022

Business Office/Prisoner Accounts
Cumberland County Jail
50 County Way
Portland, ME 04102

Re: DESMARAIS v. YORK COUNTY JAIL et al
    1:21-cv-00341-LEW

Dear Business Office:

    Inmate Kyle Desmarais has filed a civil action with this Court and has been granted leave to proceed *in forma pauperis*. Nevertheless, this inmate is required to pay the filing fee of $350.00. An initial, partial filing fee of $52.00 has been assessed pursuant to 28 U.S.C. § 1915(b), and should be forwarded as funds become available.

    Subsequent payments of twenty percent (20%) of Plaintiff's prior monthly income are to be forwarded to the Court on behalf of this inmate when the amount in the inmate's account exceeds $10.00 until a total of $350.00 has been paid.

Sincerely,

Christa K. Berry
Clerk

By /s/ Meghan Maker
Deputy Clerk

cc: Pro se Plaintiff