UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KYLE DESMARAIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:21-CV-00341-LEW |
| | ) | |
| YORK COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 21, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff, his Recommended Decision on Plaintiff's Complaint. *See* Rec. Dec. (ECF No. 9). Plaintiff filed a letter on February 1, 2022, expressing his lack of objection to the Recommended Decision. *See* Pl's Obj. (ECF No. 10). I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding on this matter is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

**SO ORDERED.**

Dated this 10th day of February, 2022.

                                                        /s/ Lance E. Walker
                                                    UNITED STATES DISTRICT JUDGE