# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |  |
|---|---|---|
| KYLE DESMARAIS, | ) | Docket No. 2:21-cv-00341-LEW |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| YORK COUNTY JAIL, | ) | |
| Defendant | ) | |
|  | ) | |

## MOTION TO AMEND SCHEDULING ORDER AND RESET ALL DEADLINES

NOW COMES Defendant, through counsel, and hereby moves the Court to amend the Scheduling Order and reset all deadlines.   The reasons for this motion are set forth below.

There are multiple motions before the Court, including the Defendant's Motion for Order to Depose an Incarcerated Person (ECF No. 108) as well as the Plaintiff's multiple Motions for Joinder of Parties (ECF Nos. 97 and 115). Insofar as the Defendant has been unable to depose the Plaintiff, and the identity of some parties is not yet known, these outstanding motions will affect the completion of discovery and the parties' ability to submit dispositive motions.

For all of the foregoing reasons, the Defendant requests that the Court amend the Scheduling Order and extend all existing deadlines by sixty days.   Specifically, the Defendants ask the Court to amend the Scheduling Order as follows:

| | |
|---|---|
| Response to settlement demand | March 13, 2023 |
| Discovery | March 14, 2022 |
| Dispositive motions | March 28, 2023 |

Defendants are unable to determine Plaintiff's position on this motion and therefore cannot

represent to the Court whether Plaintiff consents to the motion or opposes the motion.


Dated:   January 12, 2023

/s/ Michael Lichtenstein
Michael Lichtenstein, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant
27 Temple Street
Waterville, ME   04901


/s/ Peter Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant
27 Temple Street
Waterville, ME   04901

2

**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| KYLE DESMARAIS,<br>                Plaintiff | )<br>)<br>) | Docket No. 2:21-cv-00341-LEW |
| v. | )<br>) |  |
| YORK COUNTY JAIL,<br>                Defendant | )<br>)<br>)<br>) |  |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter T. Marchesi, hereby certify that:

- Motion to Amend Scheduling Order and Reset All Deadlines

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

          None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

          Kyle Desmarais
          Two Bridges Regional Jail
          522 Bath Road
          Wiscasset, ME   04578

Dated:   January 12, 2023

          /s/ Michael Lichtenstein
          Michael Lichtenstein, Esq.
          Wheeler & Arey, P.A.
          Attorneys for Defendant Hamilton
          27 Temple Street
          Waterville, ME   04901

3