UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KYLE DESMARAIS, | ) |
| Plaintiff | ) ) ) |
| v. | ) )  2:21-cv-00341-Lew |
| CO KENNETH HAMILTON, et al., | ) ) ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 17, 2023, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's motions requesting joinder of parties (ECF 97 and 115). The time within which to file objections expired on March 3, 2023, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 128) is hereby AFFIRMED and ADOPTED. The Court denies Plaintiff's requests to join a party.

**So Ordered.**

Dated this 31st day of May, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE