UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| KYLE DESMARAIS,<br>    Plaintiff<br><br>v.<br><br>YORK COUNTY JAIL,<br>    Defendant | Docket No. 2:21-cv-00341-LEW |

## DEFENDANT HAMILTON'S OPPOSITION TO PLAINTIFF'S MOTION FOR THE INTRODUCTION OF DOCUMENTS

NOW COMES the Defendant, Kenneth Hamilton, and opposes the Plaintiff's "Motion for the Introduction of Documents." (ECF No. 168).

Defendant Hamilton's Motion for Summary Judgment (ECF No. 144) was briefed from May 30, 2023, to June 26, 2023, when Hamilton filed his final sur-reply with the court's permission (ECF No. 161). In the course of that briefing, Desmarais failed to admit, deny, or qualify any of Hamilton's statements of material fact. *See* ECF No. 154, ECF No. 158.  Desmarais also failed to argue any legal or procedural point concerning his former attorneys' requests to preserve evidence or the availability or unavailability of surveillance footage from the York County Jail.  *See id.* Accordingly, at this late date, some three months after briefing was complete, the court should not receive and should not consider the documents attached to Desmarais's motion. *Hornof v. United States,* 2023 WL 5627631, at *4 (D. Me. August 31, 2023) (refusing to consider declarations or facts where they were filed "long after the discovery deadline had passed and the [defendant's] Motion for Summary Judgment and supporting documents were submitted.").

Even if the court were inclined to consider the two letters attached to Desmarais's motion, nothing in either letter contradicts any of Hamilton's statements of material fact. *See* ECF No. 145. Furthermore, in the very motion requesting a subpoena of the surveillance footage (ECF No. 66), Desmarais contended that it was relevant to claims of deliberate indifference against CO Ben Aubut and Rachel Rumery, R.N., not Defendant Hamilton. *Id.*

Dated: October 24, 2023

/s/ Peter Marchesi
Peter T. Marchesi, Esq.

/s/ Michael Lichtenstein
Michael D. Lichtenstein, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendant Kenneth Hamilton
27 Temple Street
Waterville, ME 04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| KYLE DESMARAIS, | ) | Docket No. 2:21-cv-00341-LEW |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH HAMILTON, | ) | |
|       Defendant | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Michael Lichtenstein, hereby certify that:

- Opposition to Plaintiff's Motion to Introduce Documents

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    Kyle Desmarais
    4 John Street
    Biddeford, ME  04005

Dated:  October 24, 2023

/s/ Michael Lichtenstein
Michael Lichtenstein, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant Kenneth Hamilton
27 Temple Street
Waterville, ME  04901